15448

LYNCH *ET AL.* v. LYNCH *ET AL.*

(21 S. E. (2d), 569)

132

134

136

138

140

144

*Mr. M. L. Meadors* and *Messrs. Willcox, Hardee, Houck & Wallace,* all of Florence, counsel for appellant,

*Mr. Henry E. Davis,* of Florence, counsel for respondent,

July 31, 1942.

*Per curiam.*

Upon mature consideration of the record and the issues presented by the appeal, we are satisfied that the Circuit Court reached the correct conclusion. The decree of the lower Court is adopted as the judgment of this Court. Judgment affirmed.

. MR. CHIEF JUSTICE BONHAM, MESSRS. ASSOCIATE JUSTICES FISHBURNE and STUKES, and CIRCUIT JUDGE GASTON, ACTING ASSOCIATE JUSTICE, concur.